IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SEMCON IP INC., | § § § | |
| Plaintiff, | § § | Case No. 2:16-cv-437-JRG-RSP<br>LEAD CASE |
| v. | § § | |
| HUAWEI DEVICE USA INC., ET AL., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § § | |

**ORDER TO STAY ALL DEADLINES PENDING RESOLUTION OF SEMCON'S
MOTION FOR RECONSIDERATION OF GRANT OF DEFENDANT
STMICROELECTRONICS, INC.'S MOTION TO STRIKE (DKT. 321)**

Before the Court is the Motion to Stay All Deadlines Pending Resolution of Semcon's Motion for Reconsideration of Grant of Defendant STMicroelectronics, Inc.'s Motion to Strike (Dkt. 321) filed by Semcon IP Inc. For good cause, the Court determines that said motion is GRANTED.

It is therefore ORDERED that all pending deadlines with respect to STMicroelectronics, Inc. (Civ. A. No. 2:16-cv-00439) are stayed pending resolution of Semcon's motion for reconsideration of grant of Defendant STMicroelectronics, Inc.'s Motion to Strike (Dkt. 321).

**SIGNED this 24th day of October, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE