**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Semcon IP Inc., | |
| Plaintiff | Civil Action No. 2:16-cv-00437 |
| | (Lead Case) |
| vs. | |
| | Jury Trial Demanded |
| Huawei Device USA Inc., et. al | |
| Defendants. | |
| Semcon IP Inc., | |
| Plaintiff | Civil Action No. 2:16-cv-00439 |
| vs. | |
| | Jury Trial Demanded |
| STMicroelectronics, Inc., et. al | |
| Defendants. | |

**EXHIBIT 2**

**TO**

**DEFENDANT STMICROELECTRONICS, INC.'S MOTION
FOR SUMMARY JUDGMENT OF NO INFRINGEMENT**

Date:  February 20, 2018                    Respectfully submitted,

                                            */s/ Thomas N. Tarnay*
                                            Thomas N. Tarnay
                                            ttarnay@sidley.com
                                            Texas Bar No. 24003032
                                            Kelley A. Conaty
                                            kconaty@sidley.com
                                            Texas Bar No. 24040716
                                            Tung T. Nguyen
                                            tnguyen@sidley.com
                                            Texas Bar No. 24007745
                                            James C. Butcher
                                            cbutcher@sidley.com
                                            Texas Bar No. 24092203
                                            Sidley Austin LLP
                                            2021 McKinney Avenue, Suite 2000
                                            Dallas, Texas 75201
                                            Telephone:  (214) 981-3300
                                            Facsimile:   (214) 981-3400

                                            Michael J. Bettinger (*Admitted in E.D. Tex.*)
                                            mbettinger@sidley.com
                                            (CA Bar No. 122196)
                                            Kevin J. O'Brien (*Admitted Pro Hac Vice*)
                                            kevin.obrien@sidley.com
                                            (CA Bar No. 278823)
                                            Sidley Austin LLP
                                            555 California Street, Suite 2000
                                            San Francisco, CA 94104
                                            Telephone:  (415) 772-1200
                                            Facsimile:   (415) 772-7400

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas   75652
Telephone:  (903) 657-8540
Facsimile:   (903) 657-6003

***ATTORNEYS FOR DEFENDANT
STMICROELECTRONICS, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on February 20, 2018 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Thomas N. Tarnay*



REDACTED IN ITS ENTIRETY