## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., | Case No. 2:16-cv-00437-JRG-RSP |
| Plaintiff, | (LEAD CASE) |
| v. | |
| HUAWEI DEVICE USA INC. ET AL., | |
| Defendants. | |
| SEMCON IP INC., | Case No. 2:16-cv-00438-JRG-RSP |
| Plaintiff, | (CONSOLIDATED CASE) |
| v. | |
| MEDIATEK INC. ET AL., | |
| Defendants. | |

**ORDER GRANTING MEDIATEK'S OPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL
BRIEFING ON ITS MOTION FOR SUMMARY JUDGMENT NO. 6:
<u>NO PRE-SUIT DAMAGES DUE TO FAILURE TO COMPLY WITH 35 U.S.C. § 287</u>**

Before the Court is Mediatek's Opposed Motion For Leave To File Supplemental

Briefing On Its Motion For Summary Judgment No. 6:  No Pre-Suit Damages Due To Failure To

Comply With 35 U.S.C. § 287.  The Court, having considered same, is of the opinion the motion

should be GRANTED.

**SIGNED this 25th day of February, 2018.**

_____
1   ROY S. PAYNE
    UNITED STATES MAGISTRATE JUDGE