IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Semcon IP Inc.,<br><br>    Plaintiff<br><br>vs.<br><br>Huawei Device USA Inc., et. al<br><br>    Defendants. | Civil Action No. 2:16-cv-00437<br>(Lead Case)<br><br>Jury Trial Demanded |
| Semcon IP Inc.,<br><br>    Plaintiff<br><br>vs.<br><br>STMicroelectronics, Inc., et. al<br><br>    Defendants. | Civil Action No. 2:16-cv-00439<br><br>Jury Trial Demanded |

**ORDER ON STMICROELECTRONICS, INC.'S MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT**

    Before the Court is STMicroelectronics, Inc.'s Motion for Leave to File a Motion for Summary Judgment of No Infringement. After reviewing the Motion for Leave, the Response thereto, any further briefing, and the argument presented by the parties, the Court finds that STMicroelectronics, Inc.'s Motion for Leave should be GRANTED.

    Accordingly, it is ORDERED that STMicroelectronics, Inc.'s Motion for Leave to File a Motion for Summary Judgment of No Infringement is GRANTED.

    **SIGNED this 25th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

8

ACTIVE 229290799