IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| SEMCON IP INC., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | Case No. 2:16-cv-437-JRG-RSP |
| | § | (LEAD CASE) |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| HUAWEI DEVICE USA INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANT STMICROELECTIONICS, INC.'S UNOPPOSED MOTION TO EXPEDITE THE BRIEFING SCHEDULE FOR STI'S MOTION TO RESET TRIAL (DKT. 521)**

Before the Court is the Unopposed Motion to Expedite the Briefing Schedule for STI's Motion To Reset Trial (Dkt. 521). The Court determines that said motion is **GRANTED**.

It is therefore **ORDERED** that the briefing schedule is as follows: Semcon's response will due on February 26, 2018; STI's reply, if any, will be due no later than March 5, 2018; and Semcon's sur-reply, if any, will be due three business days after STI's reply is filed.

**SIGNED this 25th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE