# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., | Case No. 2:16-CV-00437-JRG-RSP |
| | (LEAD CASE) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| HUAWEI DEVICE USA INC., ET AL., | |
| Defendants. | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff Semcon IP Inc. ("Semcon") and Defendants Huawei Device USA Inc., Huawei Technologies USA Inc. and Huawei Technologies Co., Ltd. ("Defendants") agreed motion to dismiss with prejudice in the above-captioned action. The Court, having considered the same, is of the opinion the motion should be GRANTED. It is hereby ORDERED that all claims and causes of action asserted by Plaintiff in this action against Defendants are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**SIGNED this 25th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE