**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SEMCON IP INC.,** | § § § | |
| Plaintiff, | § § § | Case No. 2:16-cv-437-JRG-RSP (LEAD CASE) |
| v. | § § § | **JURY TRIAL DEMANDED** |
| **HUAWEI DEVICE USA INC., ET AL.,** | § § § | |
| Defendants. | § | |

## DOCKET CONTROL ORDER

Pursuant to the Court's Order (Dkt. 514) lifting the stay previously entered in this case (Dkt. 352) and authorizing the parties to file a proposed docket control order to make any necessary changes to the schedule before trial, Plaintiff Semcon IP Inc. ("Semcon") and Defendant STMicroelectronics, Inc.'s ("STI") respectfully submit this proposed Docket Control Order subject to STIs pending motions to continue / reset the trial (Dkt. 521) and leave to file the supplemental motion for summary judgment (Dkt. 518).

| Current Deadline | New Deadline | Event |
|---|---|---|
| April 2, 2018 | Unchanged | *Jury Selection - 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| March 22, 2018 | Unchanged | *Pretrial Conference - 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| March 14, 2018 | March 20, 2018 | *Notify Court of Agreements Reached During Meet and Confer<br>The parties are ordered to meet and confer on any outstanding objections or motions in limine. |

| Current Deadline | New Deadline | Event |
|---|---|---|
| March 12, 2018 | March 19, 2018 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions in Limine, Updated Exhibit |
|  | March 16, 2018 | Serve Sur-Replies in Outstanding Motions (Dkt. 299, 300, 301, 304, 518, 519) |
| March 5, 2018 | March 12, 2018 | *File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
|  | March 9, 2018 | Serve Replies in Outstanding Motions (Dkt. 299, 300, 301, 304, 518, 519) |
| February 26, 2018 | March 8, 2018 | File Motions *in Limine* The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| February 26, 2018 | March 13, 2018 | Serve Objections to Rebuttal Pretrial Disclosures |
|  | March 2, 2018 | Serve Responses to Outstanding Motions (Dkt. 299, 300, 301, 304, 518, 519) |
| February 19, 2018 | March 6, 2018 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| February 5, 2018 | February 27, 2018 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
|  | Subject to STI's motion for leave to file MSJ (Dkt 518) | Deadline for Parties to file supplemental Motions for Summary Judgment |

**SIGNED this 25th day of February, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2