**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Semcon IP Inc., <br><br> Plaintiff <br><br> vs. <br><br> Huawei Device USA Inc., et. al <br><br> Defendants. | Civil Action No. 2:16-cv-00437 <br> (Lead Case) <br><br> Jury Trial Demanded |
| Semcon IP Inc., <br><br> Plaintiff <br><br> vs. <br><br> STMicroelectronics, Inc., et. al <br><br> Defendants. | Civil Action No. 2:16-cv-00439 <br><br> Jury Trial Demanded |

**NOTICE AND REQUEST FOR HEARING ON
STMICROELECTRONICS, INC.'S MOTION TO RESET TRIAL**

STMicroelectronics, Inc. (STI) hereby files this Notice that briefing is complete with respect to its Motion to Reset Trial, Dkt. 521. STI therefore respectfully requests a telephonic or in-person hearing at the Court's next available opportunity.

Date: February 27, 2018								Respectfully submitted,

*/s/ Thomas N. Tarnay*
Thomas N. Tarnay
ttarnay@sidley.com
Texas Bar No. 24003032
Kelley A. Conaty
kconaty@sidley.com
Texas Bar No. 24040716
Tung T. Nguyen
tnguyen@sidley.com
Texas Bar No. 24007745
James C. Butcher
cbutcher@sidley.com
Texas Bar No. 24092203
Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

Michael J. Bettinger (*Admitted in E.D. Tex.*)
mbettinger@sidley.com
(CA Bar No. 122196)
Kevin J. O'Brien (*Admitted Pro Hac Vice*)
kevin.obrien@sidley.com
(CA Bar No. 278823)
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

***ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Thomas N. Tarnay*