**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Semcon IP Inc.,<br><br>    Plaintiff<br><br>vs.<br><br>Huawei Device USA Inc., et. al<br><br>    Defendants. | Civil Action No. 2:16-cv-00437<br>(Lead Case)<br><br>Jury Trial Demanded |
| Semcon IP Inc.,<br><br>    Plaintiff<br><br>vs.<br><br>STMicroelectronics, Inc., et. al<br><br>    Defendants. | Civil Action No. 2:16-cv-00439<br><br>Jury Trial Demanded |

## AMENDED DOCKET CONTROL ORDER

Having considered the Unopposed Motion to Amend Docket Control order filed by Defendant STMicroelectronics, Inc. ("STI"), and finding good cause thereto, the following schedule of deadlines shall be in effect in the STI case until further order of this Court:

| Current Deadline | New Deadline | Event |
|---|---|---|
| April 2, 2018 | Unchanged | *Jury Selection – 9:00 a.m. in Marshall, Texas before Judge Rodney Gilstrap |
| March 22, 2018 | Unchanged | *Pretrial Conference – 9:00 a.m. in Marshall, Texas before Judge Roy Payne |
| March 20, 2018 | Unchanged | *Notify Court of Agreements Reached During Meet and Confer.<br><br>The parties are ordered to meet and confer on any |

| Current Deadline | New Deadline | Event |
|---|---|---|
| | | outstanding objections or motions in limine. |
| March 19, 2018 | March 20, 2018 | *File Joint pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit List Updated Witness Lists, and Updated Deposition Designations |

**So ordered and signed**

**Mar 20, 2018**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE