# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SEMCON IP INC., | § |
| *Plaintiff*, | § Case No. 2:16-cv-00437-JRG-RSP (Lead) |
| v. | § Case No. 2:16-cv-00439-JRG-RSP (Member) |
| STMICROELECTRONICS INC., STMICROELECTRONICS N.V., | § |
| *Defendants*. | § |

## ORDER

Before the Court is Magistrate Judge Payne's recommendation to deny Semcon's motion for summary judgment that the '627 patent is not invalid in view of the Hitachi SH-4 reference. Dkt. No. 567. For dispositive matters referred to a magistrate judge, the district court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). "The district judge may accept, reject, or modify the recommend disposition." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). Having considered the recommendation de novo, and having reviewed Semcon's objections thereto, the Court finds no reason to reject or modify the recommended disposition.

Accordingly, it is **ORDERED**:

(1) Semcon's objections, Dkt. No. 632, are **OVERRULED**.

(2) The Magistrate Judge's Report and Recommendation, Dkt. No. 567, is **ADOPTED**.

(3) Semcon's motion for partial summary judgment, Dkt. No. 301, is **DENIED**.

**So ORDERED and SIGNED this 4th day of April, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE